IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILBUR EUGENE HUNTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-661-WKW ) |
| ABI, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On October 11, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that this case is DISMISSED without prejudice.

DONE this 28th day of October, 2013.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE