IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILBUR EUGENE HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-661-WKW |
| | ) | |
| ABI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 21, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 18.) On February 4, 2014, Plaintiff Wilbur Eugene Hunter filed objections. Mr. Hunter generally objects to the recommendation of dismissal of this suit without making specific arguments as to any specific recommendations. (*See* Doc. # 19.)

Upon conducting an independent and *de novo* review of the Magistrate Judge's Recommendation, *see* 28 U.S.C. § 636(b)(1), the court concludes that the Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Mr. Hunter's objection (Doc. # 19) is OVERRULED.

2. The Recommendation (Doc. # 18) is ADOPTED.

3. This case is DISMISSED.

A separate final judgment will be entered.

DONE this 5th day of February, 2014.

                                          /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE